FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 23, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* DEVIN HARMON,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>WASHINGTON RIVER PROTECTION SOLUTIONS LLC, et al.,<br><br>　　　　　Defendants. | No. 4:22-CV-05161-MKD<br><br>ORDER OF JOINT STIPULATED DISMISSAL AND LIFTING OF THE SEAL<br><br>**ECF No. 28** |

　　　　Before the Court is Plaintiffs' Stipulated Motion to Dismiss and Lifting of the Seal. ECF No. 28. Plaintiffs stipulate to the dismissal of this action, with prejudice as to Relator as to all claims articulated in Relator's Complaint, ECF No. 1, with prejudice to the United States to the extent of "Covered Conduct" as that term is defined in the parties' Settlement Agreement, ECF No. 28 at 6-16, and without prejudice to the United States otherwise.

　　　　Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs may dismiss an action without court order by filing a stipulation of dismissal signed by all parties who

ORDER - 1

have appeared. The stipulation is signed by all parties who have appeared. Plaintiffs also move for the unsealing of this matter, with the exception of certain of the United States' filings. The Court finds good cause to grant the motion to unseal.

Accordingly, **IT IS ORDERED:**

1. Plaintiffs' Stipulated Motion to Dismiss and Lifting of the Seal The United States' *Ex Parte* Application for Extension of Time to Consider Election to Intervene, **ECF No. 28,** is **GRANTED**.

2. This action is hereby **DISMISSED**, with prejudice as to Relator, and with prejudice as to the United States to the extent of the Covered Conduct as defined in the Settlement Agreement between the Parties, and otherwise without prejudice as to the United States only.

3. This matter is **UNSEALED EXCEPT** as to the United States' memoranda filed in support of its applications for extensions **(ECF Nos. 3, 6, 9, 13, 17, 21, and 24), which shall remain sealed**.

4. The Court shall retain jurisdiction to enforce the terms of the Settlement Agreement between the Parties.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, unseal this matter except as to the docket entries identified above, provide copies to counsel, and **CLOSE the file.**

ORDER - 2

DATED June 23, 2025.

<u>*s/Mary K. Dimke*</u>
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER - 3